UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-972-CBM-ADS(x) | Date | February 9, 2022 |
| Title | *Weiss v. Pei-Lin et al.* | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:             Attorneys Present for Defendants:

NONE PRESENT                       NONE PRESENT

**Proceedings:   IN CHAMBERS- ORDER TO SHOW CAUSE RE: LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM**

Plaintiff asserts two claims for violation of the Fifth Amendment Takings Clause and Fourteenth Amendment Due Process clause against Defendants Peggy Pei-Lin and Yi-Ming Su.

Plaintiff is ORDERED TO SHOW CAUSE in writing **no later than March 11, 2022**, why this action should not be dismissed for lack of jurisdiction and failure to state a claim. *See George v. Pac.-CSC Work Furlough*, 91 F.3d 1227, 1229 (9th Cir. 1996) ("Individuals bringing actions against private parties for infringement of their constitutional rights, therefore, must show that the private parties' infringement somehow constitutes state action."); *Lugar v. Edmondson Oil Co.*, 457 U.S. 922, 923-24 (1982) ("Because the [Fourteenth] Amendment is directed at the States, it can be violated only by conduct that may be fairly characterized as 'state action.'"); *Lee v. City of Los Angeles*, 250 F.3d 668, 687 (9th Cir. 2001) (noting the Fifth Amendment "appl[ies] only to actions of the federal government" and finding the plaintiffs failed to state a claim for violation of the Fifth Amendment because the plaintiffs "do not allege any of the defendants are federal actors").

**IT IS SO ORDERED.**